IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS



FILED
JUN 2 6 2013
STEPHEN C. WILLIAMS
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | CASE NUMBER: 13-mj-7052 |
| DAMON L. PRUITT, ) | |
| a.k.a. "Dean," ) | |
| Defendant. ) | |

## CRIMINAL COMPLAINT

I, Neal Rohlfing, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

#### POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE

From on or about May 1, 2013, and continuing to on or about a date unknown to the Grand Jury, in St. Clair County, in the Southern District of Illinois, the defendant,

**DAMON L. PRUITT, a.k.a. "Dean"**

defendant herein, did knowingly and intentionally possess with intent to distribute a mixture or substance containing cocaine base, in the form commonly known as "crack cocaine," a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1).

The offense involved 28 grams or more of a mixture or substance containing cocaine base, in further violation of Title 21, Section 841(b)(1)(B)(iii).

## COUNT 2

### DISTRIBUTION OF COCAINE BASE

On or about May 2, 2013, in St. Clair County, Illinois, within the Southern District of Illinois,

### DAMON PRUITT, a.k.a "Dean,"

defendant herein, did knowingly and intentionally distribute a mixture or substance containing cocaine base, in the form commonly known as "crack cocaine," a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 3

### DISTRIBUTION OF COCAINE BASE

On or about May 7, 2013, in St. Clair County, Illinois, within the Southern District of Illinois,

### DAMON PRUITT, a.k.a "Dean,"

defendant herein, did knowingly and intentionally distribute a mixture or substance containing cocaine base, in the form commonly known as "crack cocaine," a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 4

### DISTRIBUTION OF COCAINE BASE

On or about May 30, 2013, in St. Clair County, Illinois, within the Southern District of Illinois,

**DAMON PRUITT, a.k.a "Dean,"**

defendant herein, did knowingly and intentionally distribute a mixture or substance containing cocaine base, in the form commonly known as "crack cocaine," a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

The offense involved 28 grams or more of a mixture or substance containing cocaine base, in further violation of Title 21, Section 841(b)(1)(B)(iii).

The facts to support the issuance of a Complaint and Arrest Warrant are as follows:

### AFFIDAVIT

1. Neal Rohlfing, being duly sworn, deposes and states: I am a Task Force Officer with the Drug Enforcement Administration (DEA) of the United States Department of Justice, and have been so employed for approximately 3 1/2 years. Previously, I was employed as an Investigator with Saint Clair County Drug Tactical Unit and have been a Fairview Heights Police Officer for 11 years. I have participated in numerous narcotics investigations involving the transportation of controlled substances and/or of the proceeds/payments from controlled substance sales throughout the United States during my time with DEA. I have received extensive training by the DEA. I have participated in numerous drug investigations, which have resulted in the seizure of methamphetamine, crystal methamphetamine, ecstasy, cocaine, marijuana, and other controlled substances. I am familiar with and have utilized normal methods of investigation, including, but not limited to: visual surveillance; questioning of witnesses; the use of search and

arrest warrants; the use of informants; the use of pen registers; the utilization of undercover agents; and the use of court-authorized wire intercepts.

2. The facts in this Affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, Confidential Sources (referred to as CS's), and Sources of Information (referred to as SOI's). This Affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not set forth all of my knowledge about this matter.

3. Extensive investigation, throughout the time period in question, has shown that Damon L. PRUITT, a.k.a. "Dean" ("Defendant") has possessed with intent to distribute, and distributed, in excess of one ounce of crack-cocaine. Among these facts, investigated and verified by law enforcement agents, are:

-- On May 2, 2013, a Cahokia Police Department Confidential Source (CS) made a controlled purchase of suspected crack cocaine, (42.7 gr.) from Damon L. PRUITT, a.k.a. "Dean," in East St. Louis, Illinois. The controlled purchase was audio and video recorded. The suspected crack-cocaine was field tested and tested positive for the presence of cocaine.

-- On May 7, 2013, a Cahokia Police Department Confidential Source (CS) made a controlled purchase of suspected crack cocaine, (56.7 gr.) from Damon L. PRUITT, a.k.a. "Dean" in East St. Louis, Illinois. The controlled purchase was audio and video recorded. The suspected crack-cocaine was field tested and tested positive for the presence of cocaine.

-- On May 30, 2013, at the direction of agents, a Cahokia Police Department Confidential Source (CS) made a controlled purchase of crack cocaine (61.4 gr.) from Damon L. PRUITT, a.k.a. "Dean" in East St. Louis, Illinois. The controlled purchase was audio and video recorded. The suspected crack-cocaine was field tested and tested positive for the presence of cocaine.

-- On June 20, 2013, agents from the Fairview Heights Resident Office (FHRO) interviewed Damon L. PRUITT, a.k.a. "Dean" concerning his involvement in the drug trade. After being advised of his *Miranda* rights and waiving them, PRUITT admitted to the interviewing agents that he had been selling crack cocaine.

FURTHER AFFIANT SAYETH NAUGHT.

_____
NEAL ROHLFING
Task Force Officer
Drug Enforcement Administration

State of Illinois      )
                       ) SS.
County of St. Clair    )

Sworn to before me, and subscribed in my presence on the 26th day of June, 2013, at East St. Louis, Illinois.

_____
STEPHEN C. WILLIAMS
United States Magistrate Judge

STEPHEN R. WIGGINTON
United States Attorney

ROBERT L. GARRISON
Assistant United States Attorney